**Opinion issued January 27, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00057-CV

————————————

## IN RE KEVIN HENRY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Kevin Henry has filed a petition for writ of mandamus complaining of the trial court's order granting discovery.[1] We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.

---

[1] The underlying case is *Derrick Dees v. Kevin Henry, Peter Lefevre, and Brittney Darbonne*, cause number 136646-CV, pending in the 239th District Court of Brazoria County, Texas, the Honorable Greg Hill presiding.